# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin William HUGHES, | Case Number 3-3-cv-2666-JSW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER DIRECTING FILING OF STATEMENT |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | |

On October 24, 2005, the Court issued an order holding the present action in abeyance pending the completion of exhaustion proceedings by Petitioner in State court. The specific exhaustion proceedings that formed the basis for holding the present action in abeyance have been completed with the denial of relief by the Supreme Court of California. However, related litigation in State court pursuant to California Penal Code § 1054.9 (West 2007) and *In re Steele*, 85 P.3d 444 (Cal. 2004), is ongoing. It is thus unclear whether this Court shift lift the stay of the present proceedings at this time, await the conclusion of the current State-court proceedings, or take some other action regarding the management of these federal habeas proceedings.

Accordingly, and good cause appearing therefor, the parties shall meet and confer and, within thirty days of the issuance of the present order, shall file a joint statement indicating whether the stay of the present action should be lifted. In the event that the parties agree that the

1 stay should be lifted, the parties shall file a joint case-management statement with a proposed
2 schedule or schedules.

3 *It is so ordered.*

6 DATED: ___April 17, 2007_____        _____
7                                             JEFFREY S. WHITE
                                             United States District Judge

Case No. 3-3-cv-2666-JSW
ORDER DIRECTING FILING OF STATEMENT
(DPSAGOK)