# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin William HUGHES, | Case Number 3-3-cv-2666-JSW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE STATEMENT |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | [Docket No. 50] |

The Court previously directed the parties to file a joint statement by May 17, 2007, indicating whether the stay of the present action should be lifted. The parties have requested an extension until July 17, 2007, to enable Respondent's new counsel, Pamela K. Critchfield, Esq., to familiarize herself with this action and related matters in state court.

Good cause therefor appearing, the parties' request is granted: the parties shall meet and confer and, by July 17, 2007, shall file a joint statement indicating whether the stay of the present action should be lifted. In the event that the parties agree that the stay should be lifted, the parties shall file a joint case-management statement with a proposed schedule or schedules.

*It is so ordered.*

DATED: May 16, 2007

_____
JEFFREY S. WHITE
United States District Judge