E-Filing

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin William HUGHES,<br><br>    Petitioner,<br><br>v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 3-3-cv-2666-JSW<br><br>DEATH-PENALTY CASE<br><br>ORDER LIFTING STAY<br><br>[] |

The present action has been stayed pending Petitioner's exhaustion of state remedies. In prior orders, the Court directed the parties to file a joint statement indicating whether the stay should be lifted. (Doc. Nos. 49 & 51.) In their statement, the parties state that they agree that the stay should be lifted and they propose a briefing schedule. (Doc. No. 52.)

Good cause appearing therefor, the Court hereby lifts the stay of the present action and adopts the parties' proposed schedule as follows: Respondent shall answer the petition by July 17, 2008; Petitioner shall file any traverse by October 15, 2008; the parties shall file a joint case-management statement with a proposed schedule or schedules by November 14, 2008.

*It is so ordered.*

DATED: JUL 3 0 2007, 2007

JEFFREY S. WHITE
United States District Judge

Case No. 3-3-cv-2666-JSW
ORDER LIFTING STAY
(DPSAGOK)