IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KRISTIN WILLIAM HUGHES,** | **CAPITAL CASE** |
| Petitioner, | C 03-2666 |
| **v.** | ~~**[PROPOSED]**~~ **ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER** |
| **ROBERT L. AYERS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to this Court's Order Lifting Stay and setting briefing schedule filed July 30, 2007, and provide the relevant state court record, will be extended to September 15, 2008. Petitioner's traverse, if any, shall be filed by December 15, 2008

Dated: August 6, 2008

JEFFREY S. WHITE
United States District Judge