UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin William HUGHES,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>　　　　　　Respondent. | Case Number 03-CV-2666-JSW<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. No. 60] |

　　Good cause appearing therefor, the Court hereby grants Petitioner's unopposed motion for an extension of time to file his traverse. Petitioner shall file his traverse by January 14, 2009; the parties shall file a joint case-management statement with a proposed schedule or schedules by February 13, 2009.

*It is so ordered.*

DATED: December 16, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　United States District Judge