# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin William HUGHES,<br><br>                    Petitioner,<br><br>       v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>                    Respondent. | Case No. 03-CV-2666-JSW<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. No. 63] |

Good cause appearing therefor, the Court hereby grants Petitioner's second unopposed motion for an extension of time to file his traverse. Petitioner shall file his traverse by February 2, 2009; the parties shall file a joint case-management statement with a proposed schedule or schedules by March 4, 2009.

*It is so ordered.*

DATED: January 28, 2009

_____
JEFFREY S. WHITE
United States District Judge

Case No. 3-3-cv-2666-JSW
ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE
(DPSAGOK)