

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin Williams HUGHES,<br><br>Petitioner,<br><br>v.<br><br>Robert K. WONG, Acting Warden of San Quentin State Prison, and Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation,<br><br>Respondents. | Case Number 3-3-cv-2666-JSW<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION FOR DISCOVERY<br><br>[Doc. No. 68] |

Petitioner's motion for discovery is currently due on January 19, 2010. Good cause appearing therefor, Petitioner's unopposed application for an extension of time in which to file his motion is granted: Petitioner shall move for discovery by March 19, 2010; Respondent shall file any opposition by May 18, 2010; Petitioner shall file any reply by June 17, 2010. Unless otherwise ordered, the Court will take the motion under submission without oral argument upon receipt of the reply brief or upon the expiration of the time to file a reply brief.

*It is so ordered.*

DATED: 12-1-09

JEFFREY S. WHITE
United States District Judge