1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8                       **SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| 10   Kristin Williams HUGHES, | Case Number 3-3-cv-2666-JSW |
| 11                    Petitioner, | <u>DEATH-PENALTY CASE</u> |
| 12   v. | ORDER GRANTING SECOND APPLICATION FOR EXTENSION OF |
| 13   Vincent CULLEN,[1] Acting Warden of San Quentin State Prison, and Matthew Cate, Secretary of the | TIME IN WHICH TO FILE MOTION FOR DISCOVERY |
| 14   California Department of Corrections and Rehabilitation, | |
| 15 | |
| 16                    Respondents. | [Doc. No. 70] |

17         Petitioner's motion for discovery is currently due on March 19, 2010.  Good cause

18 appearing therefor, Petitioner's unopposed application for an extension of time in which to file

19 his motion is granted:  Petitioner shall move for discovery by April 19, 2010; Respondent shall

20 file any opposition by June 18, 2010; Petitioner shall file any reply by July 19, 2010.  Unless

21 otherwise ordered, the Court will take the motion under submission without oral argument upon

22 receipt of the reply brief or upon the expiration of the time to file a reply brief.

23                                                              *It is so ordered.*

24

25 DATED: March 25, 2010        _____

26                              JEFFREY S. WHITE
                               United States District Judge

27

28         [1] Vincent Cullen is automatically substituted for Robert K. Wong pursuant to Federal Rule of Civil Procedure 25(d).

Case No. 3-3-cv-2666-JSW
ORDER GRANTING 2ND APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE MOT. FOR DISC.
(DPSAGOK)