# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin Williams HUGHES, | Case Number 3-3-cv-2666-JSW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE DISCOVERY MOTION ONE DAY LATE |
| Vincent CULLEN, Acting Warden of San Quentin State Prison, and Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, | |
| Respondents. | [Doc. No. 73] |

Due to computer error, Petitioner filed his motion for discovery one day late. Good cause appearing therefor, Petitioner's unopposed motion for leave to file his discovery motion is granted. Respondent shall file any opposition by June 21, 2010; Petitioner shall file any reply by July 21, 2010. Unless otherwise ordered, the Court will take the motion under submission without oral argument upon receipt of the reply brief or upon the expiration of the time to file a reply brief.

*It is so ordered.*

DATED: April 30, 2010

_____
JEFFREY S. WHITE
United States District Judge

Case No. 3-3-cv-2666-JSW
ORDER GRANTING PET'R'S MOT. FOR LEAVE TO FILE DISC. MOT. ONE DAY LATE
(DPSAGOK)