IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN WILLIAM HUGHES,** | CAPITAL CASE |
| Petitioner, | |
| v. | Case No. C 03-2666 JSW |
| **ROBERT L. AYERS, Warden,** | [PROPOSED] ORDER |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to file opposition to petitioner's motion for leave to conduct discovery is extended to August 17, 2010. Petitioner shall file any reply by September 17, 2010. Unless otherwise ordered, the Court will take the motion under submission without oral argument upon receipt of the reply brief or upon the expiration of the time to file a reply brief.

Dated: June 21, 2010

The Honorable Jeffrey S. White

Under Northern District Civil Local Rule, when a motion for administrative relief is filed, an opposition or statement of non-opposition is due no later than four days after the motion is filed. At that time, the administrative motion is ripe. If the parties proceed by way of an administrative motion such as this, even if it is represented that the other side does not oppose the request, the Court shall not act upon the motion until after the time for filing an opposition has passed.

1

[Proposed] Order (C 03-2666 JSW)