IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**KRISTIN WILLIAM HUGHES,**

Petitioner,

v.

**ROBERT L. AYERS, Warden,**

Respondent.

**CAPITAL CASE**

Case No. C 03-2666 JSW

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the time within which respondent is to file opposition to petitioner's motion for leave to conduct discovery is extended to October 18, 2010. Petitioner shall file any reply by November 18, 2010. Unless otherwise ordered, the Court will take the motion under submission without oral argument upon receipt of the reply brief or upon the expiration of the time to file a reply brief.

Dated: August 10, 2010

*Jeffrey S. White*
The Honorable Jeffrey S. White

1

[Proposed] Order (C 03-2666 JSW)