IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN WILLIAM HUGHES, | No. C 03-2666 JSW |
| Petitioner, | **CASE MANAGEMENT ORDER** |
| v. | |
| RON DAVIS, Acting Warden of California State Prison at San Quentin | <u>**DEATH PENALTY CASE**</u> |
| Respondent. | |

The Court has reviewed the parties's Joint Case Management Conference Statement and in the interest of efficiency, directs the parties to proceed as follows:

1) Petitioner shall file a traverse within 60 days of the date of this Order.

2) Within 45 days of the date of service of the traverse, petitioner shall file a brief addressing the merits of guilt-phase record-based claims.

3) Within 30 days of the date of service of petitioner's brief, respondent shall file an opposition.

4) Within 30 days of the date of service of respondent's opposition, petitioner shall file a reply.

1  The Court directs the parties to observe applicable page limitations. A briefing schedule for
2  the remainder of petitioner's claims shall be established in a subsequent Order.
3  **IT IS SO ORDERED.**
4  DATED: February 5, 2016
5  JEFFREY S. WHITE
   United States District Judge