UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN WILLIAM HUGHES,<br><br>    Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden of the<br>California State Prison at San Quentin, and<br><br>SCOTT KERNAN, Secretary of the<br>California Department of Corrections and<br>Rehabilitation,<br><br>    Respondents. | Case No. 4:03-cv-2666-JSW<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER OF FEBRUARY 5, 2016 (DOC. 134) |

Good cause appearing therefor, it is hereby

ORDERED, that the case management order issued on February 5, 2016 (Doc. 134) is hereby amended as follows:

1) On or before June 20, 2016, Petitioner shall file a brief addressing the merits of guilt-phase record-based claims.

1

2) Within 30 days of the date of service of Petitioner's brief, Respondent shall file an opposition.

3) Within 30 days of the date of service of Respondent's opposition, Petitioner shall file a reply.

The Court directs the parties to observe applicable page limitations. A briefing schedule for the remainder of Petitioner's claims shall be established in a subsequent Order.

**IT IS SO ORDERED.**

May 18, 2016

JEFFREY S. WHITE
United States District Court Judge

2