IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN WILLIAM HUGHES,**<br><br>                                                 Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden of California State Prison at San Quentin,**<br><br>                                                 Respondent. | **CAPITAL CASE**<br><br>Case No. C 03-2666 JSW<br><br>**ORDER AMENDING CASE MANAGEMENT ORDER OF FEBRUARY 5, 2016** |

IT IS HEREBY ORDERED that the Case Management Order of February 5, 2016, is amended as follows:

1) On or before November 17, 2016, respondent shall file a brief in opposition to petitioner's brief addressing the record-based, guilt-phase claims.

2) On or before January 17, 2017, petitioner shall file a reply.

The Court directs the parties to observe applicable page limitations.  A briefing schedule for the remainder of petitioner's claims shall be established in a subsequent Order.

Dated:  August 1, 2016

_____
The Honorable Jeffrey S. White

1